R. L. MEEKS v. STATE.

No. A-47. Opinion Filed January 18, 1910.

(106 Pac. 533.)

**APPEAL AND ERROR—Failure to File Briefs.** When no briefs are filed on part of plaintiff in error, as required by rule 4 of this court, and no fundamental errors appear of record, the judgment of the lower court will be affirmed.

(Syllabus by the Court.)

*Error from Pittsburg County Court; R. W. Higgins, Judge.*

The plaintiff in error, R. L. Meeks, was convicted in the county court of Pittsburg county, charged with violation of the liquor law and sentenced to imprisonment in the county jail for thirty days and to pay a fine of fifty dollars. The case is before us on appeal. Motion by Fred S. Caldwell, attorney for the Governor, to affirm the judgment of the lower court. Affirmed.

*Boyd & Moore,* for plaintiff in error.

*Fred S. Caldwell,* for the State.

OWEN, JUDGE.   Counsel for the governor moves this court to affirm the judgment of the lower court for the reason that no briefs have been filed as provided for in section 1, rule 4, of this court, adopted July 1, 1909.

It appears that the petition in error was filed in this court on December 4, 1908, and that this case was submitted in its regular order on the docket of this court.   Section 1 of rule 4 is as follows:

"In each cause filed in this court, counsel for plaintiff in error shall, unless otherwise ordered by the court, serve his brief upon the Attorney General within forty days after filing his petition in error and shall at the same time file ten copies of said brief with the clerk of this court, and the Attorney General shall, unless otherwise directed by the court, have thirty days after service on him of plaintiff in error's brief in which to serve and file his answer briefs.   The briefs are not required to be printed, but when so desired may be printed. Proof of service of briefs may be filed with the clerk of this court within ten days after service."

No briefs on part of plaintiff in error having been filed as required by the rules of this court, and no fundamental error appearing of record, the motion to affirm must be sustained. *Belt v. State,* 2 Okla. Cr. 705, 103 Pac. 1069.

The judgment of the lower court is affirmed.

FURMAN, PRESIDING JUDGE, and DOYLE, JUDGE, concur.